UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTAUNE BROWN,

                         Plaintiff,

    -against-

THE LURE GROUP, LLC and 5421 EQUITIES, LLC,

                        Defendants.

1:23-cv-05907 (JLR) (VF)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS the deadline to complete expert discovery is March 19, 2024. ECF No. 24.

    IT IS HEREBY ORDERED that counsel for the parties shall appear before Judge Rochon for a post-discovery pretrial conference on **April 11, 2024 at 10 a.m. in Courtroom 20B.** No later than **one week** in advance of the conference, the parties are to submit a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates. This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pretrial submissions. If a party wishes to move for summary judgment or to exclude expert testimony, it must, no later than **three weeks** before the conference, file a letter as set forth in Section 3(I) of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than **two weeks** before the conference.

Dated: October 24, 2023
        New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge